# Exhibit A

US006917304B1

(12) **United States Patent**  (10) Patent No.: **US 6,917,304 B1**
Jones et al.                          (45) Date of Patent: **Jul. 12, 2005**

(54) **WIRELESS MUTLIPLEX DATA TRANSMISSION SYSTEM**

(75) Inventors: **Barbara L. Jones**, Norfolk (GB); **Paul Smith**, Norfolk (GB)

(73) Assignee: **Snap-on Equipment Limited**, King's Lynn (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/402,262**

(22) PCT Filed: **Apr. 3, 1998**

(86) PCT No.: **PCT/GB98/00866**

§ 371 (c)(1), (2), (4) Date: **Feb. 28, 2000**

(87) PCT Pub. No.: **WO98/44471**

PCT Pub. Date: **Oct. 8, 1998**

(30) **Foreign Application Priority Data**

Apr. 3, 1997  (GB) ............................................. 9706797

(51) Int. Cl.⁷ ................................................ **G01V 3/34**
(52) U.S. Cl. .................... **340/855.3**; 370/538; 73/117.3
(58) Field of Search ...................... 340/870.11, 870.03, 340/870.28; 370/538, 335, 342, 441; 375/220; 73/117.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,738,133 A | * 4/1988 | Breckel et al. ............. | 73/117.3 |
| 4,787,053 A | 11/1988 | Moore | |
| 4,831,558 A | 5/1989 | Shoup et al. | |
| 4,831,560 A | 5/1989 | Zaleski | |
| 5,070,536 A | 12/1991 | Mahany et al. | |
| 5,132,968 A | 7/1992 | Cephus | |
| 5,193,000 A | 3/1993 | Lipton et al. | |
| 5,260,944 A | 11/1993 | Tomabechi | |
| 5,345,599 A | 9/1994 | Paulraj et al. | |
| 5,363,370 A | 11/1994 | Abiven | |
| 5,446,735 A | 8/1995 | Tobagi et al. | |
| 5,448,759 A | 9/1995 | Krebs et al. | |
| 5,481,481 A | 1/1996 | Frey et al. | |
| 5,509,013 A | * 4/1996 | Adachi et al. .............. | 370/538 |
| 5,515,378 A | 5/1996 | Roy, III et al. | |
| 5,528,507 A | 6/1996 | McNamara et al. | |
| 5,541,840 A | 7/1996 | Gurne et al. | |
| 5,544,073 A | 8/1996 | Piety et al. | |
| 5,602,749 A | 2/1997 | Vosburgh | |
| 5,622,170 A | 4/1997 | Schulz | |
| 5,642,353 A | 6/1997 | Roy, III et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 18143 | 12/1988 |
| DE | 4106572 | 9/1992 |
| DE | 4131341 | 11/1992 |
| EP | 268492 | 5/1988 |
| EP | 483549 | 5/1992 |
| EP | 515728 | 12/1992 |
| EP | 685390 | 12/1995 |
| GB | 2295070 | 5/1996 |
| WO | 8909522 | 10/1989 |

* cited by examiner

Primary Examiner—Michael Horabik
Assistant Examiner—Hung Dang
(74) Attorney, Agent, or Firm—Seyfarth Shaw LLP

(57) **ABSTRACT**

A method and apparatus for wireless transmission of data through a communications channel between at least two local data sensors (for example automotive diagnostic data sensors or NVH sensors), which may include a primary data-processing function, and data-processing function (for example a PC) to receive data therefrom. The system provides for asymmetrical division of the communications channel on a frequency or time-division or packet-switching basis so that the corresponding asymmetrical data transmission requirement of the local data sensors are matched to the capacity of their respective sub-channels whereby a single channel is capable of transmitting all the required data. A particularly practical application is to noise vibration harshness analysis of wireless-transmitted data from three-dimensionally spaced NVH sensors enabling special pinpointing of vibration sources in automotive warranty analysis studies.

**21 Claims, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

1

# WIRELESS MUTLIPLEX DATA TRANSMISSION SYSTEM

This invention relates to a method and apparatus for wireless transmission of data, through a communications channel comprising at least two local data sensors and a data processing function to receive data from the local sensors. A non-limiting example of the application of the method is in the field of automotive diagnostic equipment and related automotive service equipment. A particularly practical application of the invention is to noise vibration harshness (NVH) analysis of automotive and other machines to enable two or three-dimensional location pinpointing of vibration sources, for example in automotive warranty investigations and indeed in many other machine applications. Further examples of the application of the invention arise in relation to business operations for the wireless transmission of data, for example, across a room.

The invention also provides a method and apparatus for vibrational analysis of a machine or other article permitting three-dimensional positional co-ordinate identification of a source of vibration.

In this specification and the claims, references to local data sensors are to be interpreted in accordance with the following, namely that the sensors may transmit raw data for subsequent processing or one or more of these may incorporate some degree of primary data processing whereby the data received at the main processor is partially or totally pre-processed or indeed raw data.

In the field of automotive diagnostics and servicing there has been for a good many years a requirement for a step forward in terms of the transmission of diagnostic and servicing data from data sensors to a data processing function which operates to analyse and/or display the corresponding data for use by a person carrying out servicing and/or diagnostic functions on a motor vehicle. Conventionally, the data is transmitted from the data sensors to the data processing function via conventional conductors or cables which impose obvious inconveniences and limitations on the convenient operation of the equipment. Attempts have been made to reduce these drawbacks in several ways. Firstly, various proposals have been made to simplify the use of cable connectors as such. For example, one proposal in this regard provides for a system in which a boom-mounted data-handling sub-unit is conveniently maneuverable to a location close to the automotive sensors and is thus linked to them by relatively short cable connections. This arrangement undoubtedly does reduce somewhat the inconvenience of the cable connection systems but by no means eliminates it.

Various attempts have been made to achieve effective wireless transmission of data between automotive data sensors and a corresponding data processing and/or display function but these have been relatively unsuccessful. The main shortcoming of such prior proposals has been the sheer volume of data, and the composite nature of the data (such as a mixture of data types eg digital and analogue). A further factor among the shortcomings of these prior proposals is also the composite nature of the data bandwidths to be transmitted. Such data needs to be transmitted and has conventionally been handled by a harness of 12 or more conduction cables. By adopting conventional wireless transmission systems for such data communication there is immediately a problem of excessive bandwidth requirements arising from the fact that some at least of the data sensors for this automotive application produce high data rates necessitating corresponding band widths to accommo-

2

date them. This does not apply to all the sensors. Comparable considerations apply to certain business applications where data is transmitted across a room or other relatively short transmission route.

Accordingly, we have identified a requirement for a method and apparatus for the wireless transmission of data through a communications channel from at least two local data sensors with optional primary data processing, to a data processing function, offering improvements in relation to prior proposals in this field, notably in relation to the bandwidth requirement and/or related functions attendant on the simultaneous transmission of data from a multiplicity of such local sensors.

There is disclosed in EP 0 483 549A2 (IBM CORP) a control method and apparatus for a wireless data link, for example, from a handheld workstation which is bidirectionally coupled to a base station through an infrared carrier. A robust control channel is provided separate from a data channel. The modulators employ on/off pulsing, multi-carrier modulation or direct sequence spread spectrum (DSSS) modulation. Each mobile unit is assigned an identifier or address and the system claims to overcome the problem of establishing and maintaining high bandwidth communication by separating the control channel from the .data channel whereby the control channel bandwidths can be made significantly smaller.

In WO 89/09522 there is disclosed a method for allocating bandwidths in a broadband packet switching network using a set of parallel packet channels that act as a single data link connection between packet switches. Bandwidth is initially allocated to particular channel groups (at initial circuit set-up times) and to individual channels within the groups (at transmission times) so as to increase throughput and reduce packet loss. For bursty traffic, the use of channel groups reduces the packet loss by several orders of magnitude.

EP 0 515 728A2 relates to a wireless indoor relay system. AU-A-18143/88 relates to a wireless data transmission link and notably a protocol for establishing a duplex link between first and second data link devices.

Other known references include:
GB 2295070
EP 0483549
EP 0268492
U.S. Pat. No. 5,509,013
U.S. Pat. No. 5,448,759
U.S. Pat. No. 5,363,370
U.S. Pat. No. 4,738,133 discloses a system for wireless transmission of multiplexed data from a plurality of transducers.
U.S. Pat. No. 5,509,013 discloses a multiplexer control system for multiplexing the data from a plurality of input channels having different transmission speeds.
DE 4106572 discloses a system for contact-free measurement of object oscillations by directing laser light onto the object and detecting reflected light at plural spaced sensing heads so as to locate the point on the object from which the reflections are emanating.

According to the invention there is provided a method and apparatus for wireless transmission of data through a communications channel between at least two local data sensors with optional primary data processing and a data processing function, as defined in the accompanying claims.

In a described embodiment, there is provided a method and apparatus in which the step of multiplexing division of the communications channel is effected asymmetrically,

3

whereby the data carrying capacities of the sub-channels are unequal. Likewise in the embodiment, the data rates required for data transmission from the local sensors differs substantially between the at least two sensors. Likewise also in the embodiment, the step of allocating data from the local data sensors to the data transmission sub-channels is effected in accordance with the data-carrying capacities of these sub-channels. In this way there is achieved within a communications channel, the economical use of the available bandwidth whereby the allocation of bandwidth corresponds with the band width requirements of the individual data sensors. Thus, in the case of a sensor sensing data relating to ignition events which occur at a relatively high speed and thus require a corresponding significant allocation of bandwidth for satisfactory transmission, such is provided, whereas in the case of a sensor sensing alternator voltage (to take a simple example) the required that transmission rate is smaller by many orders of magnitude and likewise the corresponding bandwidth requirements.

Whereas prior proposals in relation to data transmission for automotive and related systems (in which data sensors produce substantially differing data rates) have ignored or overlooked these differing data rate requirements, with the result that the use of equal bandwidth sub-channels has led to a non-utilisation of sub-channel bandwidths for significant numbers of sensors whereby the overall utilisation of data transmission , capacity allocated to the communications system has been very far from perfect.

In accordance with the embodiments of the invention, the use of a system in which data is fed via a "multiplexing" control system which allocates data to sub-channels in accordance with the actual data rate requirement of the individual data flow, each such data flow is thereby far more closely matched to the available capacity of its sub-channel and the twin evils of sub-channel under-utilisation and under-capacity (for a given data flow) are thereby avoided.

In one significant embodiment, the multiplex control system divides the communications channel on a frequency basis and allocates the data streams from the sensors to the frequency sub-channels accordingly.

In another important embodiment, the multiplexing control system divides the data communication channel on a time-division basis and likewise divides the data streams accordingly.

The reference above to "multiplexing" has been adopted to draw attention to the fact that references in this specification and in the claims to "multiplexing" are intended not to be limited strictly to non time-overlap or signal-chopping systems (such as would be obtained with a distinct signal-chopping technique). The term "multiplexing" in this description and the claims includes the provision of multiplexing systems which are adapted to effect multiplexing on an interdigitated and non-chopping data-allocation basis in which a degree of data element transmission time-overlap between channels is permitted. The data allocation systems for data-division between available channels can be readily designed accordingly by the technically skilled person so as to, in this way, more readily meet the technical parameters imposed on the system, as described below.

In a yet further embodiment, the multiplexing system achieves its channel division on a packet-switching basis and the interleaved data packets are distributed on an unsymmetrical basis.

In the embodiment, there is provided a radio frequency data rate of 1 to 4 Mb (megabits) per second. The multi-channel system can accommodate the requirements eg for the transmission of data for operating an oscilloscope system for engine analysis.

4

While the described embodiments utilise radio frequency transmission, the principles of the invention may well be applicable outside radio frequencies.

An important aspect of the invention relates to vibrational analysis of machines and other articles and products and systems. In accordance with this aspect of the invention a vibration sensor, for example an NVH (noise vibration harshness) sensor is mechanically coupled to the machine or other article to three-dimensionally locate a source of vibration in a machine or system. Such a sensor may be just one of the local sensors in the wireless transmission system of the other embodiments, or it may be provided with its own cable or other transmission channel for its vibration signals.

In order to three-dimensionally locate a source of , vibration, the vibration signals are monitored at three or more positionally-defined locations of the sensor. In the preferred embodiment the sensor is provided with its own three-dimensional location or co-ordinate-defining system (utilising spaced infra-red sensors), so that the sensor's location at any given time is readily defined. Alternatively, the sensor may be caused to sense at three known locations, or three sensors may be provided, one each at three such locations.

Embodiments of the invention will now be described by way of example with reference to the accompanying drawings in which:

FIG. **1** shows a functionality block diagram for a high speed RF data link, including both the frequency multiplexing system (of FIGS. **2** and **3**) and the time-division multiplexing system (of FIGS. **4** and **5** hereof);

FIGS. **2** and **3** show block diagrams of the transmitter and receiver functions of the system of FIG. **1** as it applies to a frequency multiplexing system;

FIGS. **4** and **5** show block diagrams of the transmitter and receiver functions of the system of FIG. **1** as they apply to a time-division multiplexing system; and

FIG. **6** shows a three-dimensional representation of a further embodiment in which a local vibration sensor has its own three-dimensional imaging or location system whereby the single sensor can rapidly positionally locate a source of vibration.

As shown in FIG. **1**, a system **10** for wireless transmission of data through a communications channel **12** between local data sensors **24**, **16**, **18**, **20** and **22**, and a data-processing function or personal computer **24**, to receive data therefrom, comprises the following main elements.

Firstly, as regards the local data sensors **14** to **22**, as shown these comprise an engine tester **14**, a gas bench **16**, a scanner **18** and auxiliary sensors indicated as Aux **1** and Aux **2**. These sensors are intended to be representative of the entire range of automotive sensors which are currently utilised for diagnostic and servicing processes, including for example vibration sensors (for RPM testing) ignition and alternator ripple sensors (likewise for RPM measurement), emissions analysis sensors, battery analysis sensors and the like.

Indicated at **26** is the remote receive/transmit unit to which the individual sensors **14** to **22** are connected. The duplex (transmit/receive) operating characteristics of this unit arise from the need for the return transmission of data from the data processing function **24** for set-up purposes.

Broadly, the system comprises antennae **28**, **30** connected to receive/transmit functions **32** and **34** within remote unit **26**. Likewise, a receive/transmit unit or function **36** is provided for PC **24**. A receive buffer **38** and a controller **40** serve to interconnect the transmit and receive functions **34**,**32** to a series of RS-232 interfaces **42** to **50**, each connected to its respective one of the local sensors **14** to **22**.

Interfaces **42**, **44**, **46**, **48** and **50** are serial interfaces providing for serial communication between the sensor and the receive/transmit function **32**, **34** via buffer **38** and controller **40**. Interface **42** is a high speed serial interface. Interfaces **44**, **46**, **48** and **50** are RS-232 interfaces. Interfaces **44**, **46** are designated in FIG. **1** as "UART1" and "UART2", referring to their function as universal asynchronous receiver/transmitter devices (or interfaces) for serial transmission of data. Receive buffer **38** and controller **40** provide data processing functions relevant to the inflow and outflow of data for the duplex operating characteristics of system **10** as will be more fully described below in relation to FIGS. **2**, **3**, **4** and **5**. Accordingly, the details of these aspects of the system **10** will now be described further with reference to FIGS. **2**, **3**, **4** and **5**.

As shown in FIGS. **2** and **3**, the RX buffer **38** and controller **40** provide data processing/signal conditioning functions to be more fully described below.

As shown in FIG. **2**, inputs from the individual sensors **14** to **22** are indicated at **52** and **54** which are marked "Sensor 1" and "Sensor **16**" to indicate that the system can accommodate 16 individual inputs.

The main function of controller **40** is to provide a multiplexing function whereby communication channel **12** is divided into 16 sub-channels on a frequency basis-, these channels being of unequal band width and being allocated according to band width (more band width for greater band width requirement) to the individual data channels **1** to **16**.

Interfaces **42** to **50** in FIG. **1** provide the signal conditioning function indicated in FIG. **2** at **56**. The functions of controller **40** are shown as divided into functions **58**, **60** and **62**, namely voltage frequency conversion, secondary (low frequency) frequency conversion and sub-channel combination respectively. Each function operates in relation to all 16 sub-channels.

The sub-channel combination function at **62** produces a serial data stream which is fed to the RF transmitter function **34** and thus to the helical or other suitable antenna **28**.

A further function of controller **40** is to append the relevant sub-channel number to each sub-channel of raw data so that this data stream can be routed to the relevant virtual serial port of PC **24** after radio transmission between antennae **28** and **30**.

In this embodiment, the multiplexing sub-division of the data communication channel is provided on a frequency basis, whereas in the embodiment of FIG. **4** the multiplexing is effected on a time-division basis.

As shown in FIG. **3**, RX buffer **38** provides the related inverse functions for signals received via antenna **28** and receiver functions **32**. These functions are indicated at **64** and **66** and **68** and correspond, respectively, with the functions **62**, **60** and **58** respectively in FIG. **2**. No further description is therefore deemed necessary.

In operation, data from sensor **14** to **22** (or indeed from the 16 sensors indicated in FIG. **2**) is processed in accordance with the functions **56**, **58**, **60** and **62** as shown in FIG. **2**. The data streams are allocated to the 16 sub-channels indicated diagrammatically at **64** in FIG. **2**. The allocation is effected in accordance with the known data rate requirements of the individual sensors, according to their known uses. In general terms, the band width of each sub-channel is matched to comfortably accommodate the data rate requirements of its respective data stream, but without the over-provision which tends to occur in certain cases with conventional use of conventional data transmission equipment.

Turning now to the time-division embodiment of FIG. **4**, parts corresponding to those described above in relation to FIGS. **2** and **3** are numbered accordingly in FIG. **4**.

In FIG. **4**, the signal conditioning function **56** corresponds to that provided by the serial interfaces **42** to **50** in FIG. **1**. However, in this embodiment the controller function **40** differs from that of FIG. **2** in being a time-division based function (utilising a 16-way switch function **66** to provide the time-based multiplexing function corresponding to the frequency-based multiplexing of FIGS. **2** and **3**). A 12 bit analogue-to-digital conversion function **68** processes data from switch function **66** and is linked to a microcontroller **70** (an asynchronous PIC 16C54 communications element) coupled to RF transmitter **34**. Microcontroller **70** provides at **72** a control signal to switch **66** in accordance with the time-based multiplexing function which controls the sub-channel data capacities in accordance with the required data rates of the sensor input. A related control function **74** is provided to ADC converter **68**.

As shown in FIG. **5**, the data processing function **24** in FIG. **1** receives data via antenna **30** and receiver **36** through a decoding function **76** shown in FIG. **5** and comprising a microcontroller **78** corresponding to microcontroller **70** which feeds data via a digital-to-analogue converter **80** to workstation of PC **24**. The microcontroller **78** produces a channel message **82** for the workstation enabling same to allocate the decoded data stream to respective virtual serial ports set up in the PC for data analysis and display purposes.

This embodiment allocates data streams to respective data channels on the same principle described above but on a time-division basis instead of a frequency-division basis.

In a further embodiment, not shown, in which a packet-switching data transmission technique is employed, the allocation of data streams to packets is effected asynchronously in accordance with the matching of data rate to sub-channel capacity discussed above, thereby producing the corresponding asymmetrical interleaving of the data packets.

In the frequency-multiplexed embodiment of FIGS. **2** and **3**, a modification may be employed whereby spread spectrum frequency division is utilised thereby reducing or eliminating the requirement to label the sub-channels by means of identifying data.

Amongst other modifications which could be made in the above embodiment are the following. Firstly, it is to be understood that the local sensors may be adapted to produce analogue signals or digital signals. Usually, analogue signals will be produced and conversion to digital will be effected in the data-processing stage. Nevertheless, it may be beneficial for certain applications or in the future to employ sensors producing digital signals, and in some cases both digital and analogue-type sensors could be employed, these transmitting their data through their respective sub-channels. Secondly, it is to be understood that while the invention has been discussed and defined by reference to specific sub-channels and the allocation of data from sensors to respective ones of these, it is to be understood that a sensor producing a high data-rate may for that purpose have allocated to it a number of sub-channels or thus a group of sub-channels accordingly.

Turning now to the embodiment of FIG. **6**, this shows a system **100** for vibrational analysis of an automotive vehicle **102** to enable three-dimensional location or co-ordinate-identification of a source of vibration. Thus, the apparatus of FIG. **6** may be employed for rapidly enabling location of squeaks or rattles or more serious vibrational symptoms.

For this purpose there is provided a local vibration sensor **104** which forms one local sensor of an embodiment of the invention described above and thus is provided with a link (not shown) to the wireless transmission system of the

preceding embodiments. Alternatively, the sensor **104** may be provided with its own dedicated vibrational analysis system (not shown) in the case where it is desired to use it as a stand-alone system.

Incorporated as part of the local vibration sensor unit **104** is a three-dimensional location positional transmitter **106** having three spaced-apart infra-red light emitting diodes (LEDs) **108**, **110**, **112**.

Transmitter **106** forms part of a three-dimensional optical localisation system **114**. Such systems are available from Image Guided Technologies Inc of Boulder, Colo. USA. Technology of this kind is described in U.S. Pat. No. 5,622,170 (Schulz/Image Guided Technologies Inc).

System **114** comprises a moveable three-dimensional positional receiver **116** having infra-red LEDs **118**, **120**, **122** adapted to communicate with the LEDs **108**, **110**, **112**. Receiver **116** communicates with personal computer **124** and with a positional interface **126** and a sensor interface **128**, performing decoding functions:

The three-dimensional optical localisation system **114** enables the co-ordinate location of vibration sensor **104** at any given time to be readily identified.

As a result, the single sensor **104** can be monitored at three or more locations while its vibration signals are likewise monitored in accordance with the procedures of the preceding embodiments, enabling the source of a vibration signal within vehicle **102** to be Identified in terms of its co-ordinate location.

What is claimed is:

1. A method of wireless transmission of data in digital and/or analogue format through a communications channel from at least two data sensors to a data processing means said method comprising the step of division of said channel into sub-channels and transmitting said data from said data sensors respectively though said sub-channels accordingly; characterized by
   a) said step of division of said communications channel being effected asymmetrically whereby the data carrying capacities of said sub-channels are unequal; and
   b) the data rate required for data transmission from said local sensors differing substantially between said at least two sensors; and
   c) allocating data from said local data sensors to respective ones or groups of said sub-channels in accordance with the data carrying capacities of said sub-channels.

2. A method according to claim **1** characterized by said step of division being effected on a frequency basis.

3. A method according to claim **1** characterized by said step of division being effected on a time-division basis.

4. A method according to claim **1** characterized by said step of division being effected by packer-switching of data from said local data sensors, and interleaving said data packet with an unsymmetrical packet distribution.

5. A method according to any one of claims **1** to **3** and **4** characterized by said data processing means comprising a host PC having a series of virtual serial ports, and said method comprising allocating each of said sub-channels to a corresponding one of said virtual serial ports.

6. A method comprising to claim **5** characterized by said local sensors comprising automotive diagnostic and/or servicing sensors and said wireless transmission of data being effected at radio frequencies.

7. A method according to claim **6** characterized by at feast one of said local sensors (**14**) also providing a primary data-processing function.

8. A method according to claim **7** characterized by said local sensors comprising vibration sensor means adapted to sense machine vibration, and said method comprising transmitting said data therefrom.

9. A method according to claim **8** characterized by the step of using as said sensors, sensors adapted to provide vibration data permitting noise vibration harshness (NVB) analysis of the data.

10. A method according to claim **9** characterized by at least three of said sensor being such NVH sensors, and the method comprising employing said sensors at three-dimensionally spaced locations to identify the location or co-ordinates of a source of vibration.

11. A method according to claim **8** characterized by said vibration sensor means further comprising three-dimensional location sensing means and the method comprising the step of using said sensor to sense vibrations at three dimensionally-spaced locations in sequence, and using said three-dimensional location sensing means to identify the location or co-ordinates of said three spaced locations so as to identify the location or co-ordinates of a source of vibration.

12. Apparatus for wireless transmission of data in digital and/or analogue format through a communications channel from at least two local data sensors to a data processing means, the apparatus comprising a multiplexer adapted to effect division of said communications channel into sub-channels, and a transmitter adapted to transmit said data through said sub-channels accordingly; characterized by
   a) said multiplexer being adapted to divide said communications channel asymmetrically whereby the data carrying capacities of said sub-channels are unequal; and
   b) control means adapted to allocate data from said local data sensors to respective ones or groups of said communications sub-channels in accordance with substantially different data rate requirements from said local sensors.

13. Apparatus according to claim **12** characterized by said multiplexer being adapted to effect said multiplexing on a frequency basis.

14. Apparatus according to claim **12** characterized by said multiplexer being adapted to effect said multiplexing on a time-division basis.

15. Apparatus according to claim **12** characterized by said multiplexer being adapted to effect packet-switching of data from said local sources and to interleave said data packets with an unsymmetrical packet distribution.

16. Apparatus according to any one of claims **12** to **14** and **15** characterized by said claim processing function comprising a best PC having a series of virtual serial ports, and said control means being adapted to allocate each of said sub-channels to a respective one of said virtual ports.

17. Apparatus according to claim **16** characterized by at least one of said local sensors being adapted to provide a primary data-processing function

18. Apparatus according to claim **17** characterized by said local sensors comprising vibration sensor means adapted to sense machine vibration whereby said apparatus can transmit said vibration data from said vibration sensing means.

19. Apparatus according to claim **18** characterized by said local data sensors comprising sensors adapted to provide vibration data permitting noise vibration harshness (NVH) data for analysis thereof.

20. Apparatus according to claim **19** characterized by said local data sensors comprising at least three or more such NVH sensors whereby said sensors can be located at three-dimensionally spaced locations to provide data enabling identification of the location or coordinates of the source of a vibration in a machine.

US 6,917,304 B1

9

**21**. Apparatus according to claim **18** characterized by said vibration sensor means further comprising three-dimensional location sensing means whereby said vibration sensor means can sense vibrations at three-dimensionally-spaced locations in sequence and said three-dimensional

10

location sensing means can identify the co-ordinates or locations of said three locations so as to enable identification of the location or co-ordinates of a source of vibration.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,917,304 B1                                           Page 1 of 1
DATED         : July 12, 2005
INVENTOR(S)   : Barabara L. Jones et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Title page,</u>
Item [56], **References Cited**, add:
-- OTHER PUBLICATIONS
3G TS 23.127 1.0.0 (1990-10) 3rd Generation Partnership project; Technical Specification Group Services and System Aspects; Virtual Home Environment/Open Service Architecture --.

<u>Column 7,</u>
Line 51, "Packer-switching" should be -- packet-switching --.

<u>Column 8,</u>
Line 5, "(NVB)" should be -- (NVH) --.
Line 47, "claim" should be -- data --.
Line 48, "best" should be -- host --.

Signed and Sealed this

Sixth Day of September, 2005

JON W. DUDAS
*Director of the United States Patent and Trademark Office*