# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MAGNACROSS LLC,**<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**LEVITON MANUFACTURING CO., INC.,**<br><br>　　　　　　　　Defendant. | C.A. No. 20-cv-00140-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Magnacross LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the opposing party of an answer or a motion for summary judgment. Accordingly, Magnacross LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

| | |
|---|---|
| March 31, 2020 | STAMOULIS & WEINBLATT LLC |
| OF COUNSEL: | _/s/ Stamatios Stamoulis_<br>Stamatios Stamoulis (No. 4606)<br>800 N. West Street, Third Floor |
| David R. Bennett<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com | Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>*Attorneys for Plaintiff Magnacross LLC* |

　**SO ORDERED**, this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
